```
              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF OHIO
```

MONTREA DONALDSON,              )    CASE NO. 1:08 CV 2467
                                )
       Petitioner,             )    JUDGE CHRISTOPHER A. BOYKO
                                )
   v.                          )
                                )    <u>JUDGMENT ENTRY</u>
RICH GANSHEIMER,                )
                                )
       Respondent.             )


      This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed.R.App.P. 22(b); 28 U.S.C. § 2253.

                                            <u>S/Christopher A. Boyko</u>
                                            CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE

December 4, 2008